UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERNANDO DE CASTRO,

    Plaintiff,

v.                                          CASE No. 8:07-CV-00382-T-23MAP

MENTAL HEALTH CARE, INC. et al,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on Plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (doc. 2).

Plaintiff appears to allege in his complaint, although it is far from clear, that he was improperly committed and that his son was unjustly suspended from school. But given Plaintiff's allegations, the Court cannot determine whether it has jurisdiction or if the action is frivolous or malicious. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

After consideration, it is

RECOMMENDED:

1.     Plaintiff should be given thirty days to amend his complaint. This amended complaint is to conform to the requirements of Fed.R.Civ.P. 8(a); namely, it should include

        a.     A short and plain statement of the grounds upon which the Court's jurisdiction depends;

        b.     A short and plain statement of the claim showing that Plaintiff is entitled to relief; and

    c. A specific demand for the relief which Plaintiff seeks.

2. Plaintiff should be advised that failure to file the amended complaint within thirty days will result in the dismissal of this action without prejudice.

REPORTED AND RECOMMENDED at Tampa, Florida on March 9, 2005.

              _____
               MARK A. PIZZO
               UNITED STATES MAGISTRATE JUDGE

cc: Honorable Steven D. Merryday

Copies to: Counsel of Record
     Pro Se Party