UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERNANDO DE CASTRO,

    Plaintiff,

v.                                              CASE NO: 8:07-cv-382-T-23MAP

MENTAL HEALTH CARE INC., et al.,

    Defendants,

_____/

## **ORDER**

Pursuant to a standing order of this court dated January 5, 1998, the pro se plaintiff's motion to proceed in forma pauperis (Doc. 2) was referred to the United States Magistrate Judge. Following the Magistrate Judge's March 9, 2007, report and recommendation (Doc. 3), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 3) is **ADOPTED**.

Pursuant to Rule 8, Federal Rules of Civil Procedure, the plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The plaintiff shall file an amended complaint on or before **April 27, 2007**. The amended complaint shall conform to the requirements of Rule 8, Federal Rules of Civil Procedure, which requires "a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . [and] a short and plain statement of the claim showing that the pleader is entitled to relief." The

amended complaint must include a specific demand for the relief requested.  The plaintiff's failure to amend the complaint by the deadline will result in complete dismissal of this action without further notice.  Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), the plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DEFERRED**.

ORDERED in Tampa, Florida, on March 29, 2007.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE